PER CURIAM.

John Livesay appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Livesay v. Ward,* No. CA–98–1351–2 (E.D.Va. Mar. 28, 2001). We deny Livesay's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See George v. Rudd,* No. CA–01–192–5–BO (E.D.N.C. Apr. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Kip Waters GEORGE, Plaintiff–Appellant,**

v.

**Nurse RUDD; Nurse Cook, Defendants–Appellees.**

No. 01–6749.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Kip Waters George, pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Kip Waters George, a North Carolina inmate, appeals the district court's order

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael LEWIS, a/k/a Mike Lewis, a/k/a Mike Lou, a/k/a Big Mike, a/k/a Mike, Defendant–Appellant.**

No. 01–6807.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.